

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| AFFORDABLE BUILDING SYSTEMS, LLC, | § § | Case No. 11-43655 |
| Debtor. | § | Chapter 11 |
| | | |
| AFFORDABLE BUILDING SYSTEMS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Adv. Proc. No. 20-04066 |
| IGS MANUFACTURING WORLDWIDE, LLC, CAF TEXAS LLC, INTERNATIONAL GREEN STRUCTURES, LLC, RICHARD L. CHINA, MICHAEL F. McCARTHY, and JACOB WILLIAM BRITT, | § § § § § § § § | |
| Defendants. | § | |

## AGREED FINAL JUDGMENT

This action is brought by Plaintiff Affordable Building Systems, LLC ("ABS" or "Debtor") against IGS Manufacturing Worldwide, LLC ("IGS"), CAF Texas LLC ("CAF"), International Green Structures, LLC ("IG Structures"), Richard L. China ("China"), Michael F. McCarthy ("McCarthy"), and William Britt ("Britt," and collectively, the "Defendants") under a number of causes of action as alleged in Plaintiffs' Original Complaint (the "Complaint").

The Court has considered the Complaint, the exhibits attached thereto, the pleadings and official records on file in this cause, the parties' settlement agreement, and acknowledges the consent of the parties set forth below and is of the opinion that final judgment should be rendered as set forth below.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff ABS does have and recover judgment against Defendants IGS and CAF, jointly and severally, in the amount of $275,000.00; it is further

ORDERED, ADJUDGED, and DECREED that ABS has a valid and perfected security interest and lien in and to the Strawboard Equipment[1]; it is further

ORDERED, ADJUDGED, and DECREED that ABS's valid, perfected security interest and lien is superior to any lien, interest, claim, or encumbrance purportedly held by any of the Defendants, including IGS and CAF; it is further

ORDERED, ADJUDGED, and DECREED that IGS's Transfer of the Strawboard Equipment to CAF was subject to ABS's lien on such equipment; it is further

ORDERED, ADJUDGED, and DECREED that ABS is entitled to foreclose on the Strawboard Equipment as provided under the Default Judgment; it is further

ORDERED, ADJUDGED, and DECREED that ABS take nothing against IG Structures, China, McCarthy, and Britt; it is further

ORDERED, ADJUDGED, and DECREED that any relief not expressly granted herein is hereby DENIED; it is further

ORDERED, ADJUDGED, and DECREED that this is a Final Judgment disposing of all issues and all parties, and all prior interlocutory orders of the Court in this cause are hereby made final, and this judgment is appealable.

Signed on 11/30/2020

*Brenda T. Rhoades*    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Complaint.

**AGREED AS TO FORM AND SUBSTANCE:**

_____
Bryan C. Assink
Texas State Bar No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
Telephone: (817) 405-6900
Facsimile: (817) 405-6902
Email:   bryan.assink@bondsellis.com

SPECIAL COUNSEL FOR PLAINTIFF
AFFORDABLE BUILDING SYSTEMS, LLC

AND

**PLAINTIFF:**

AFFORDABLE BUILDING SYSTEMS, LLC,
a Texas limited liability company

By: _____
     John Parker Burg, President
     Dated: _____

*/s/ Kirte M. Kinser*
Kirte M. Kinser
Of Counsel
Attorney-in-Charge
Texas Bar No. 11489650
4949 Hedgcoxe Road
Suite 230
Plano, Texas 75024
(214) 387-9100 (Telephone)
(214) 387-9125 (Facsimile)
Email: kirtekinser@siebman.com

ATTORNEY FOR DEFENDANTS

**DEFENDANTS:**

IGS MANUFACTURING WORLDWIDE, LLC,
a Texas limited liability company

By: *[signature]*
Its: President
Date: 10/5/2020

INTERNATIONAL GREEN STRUCTURES, LLC,
a Delaware limited liability company

By: *[signature]*
Its: Managing Member
Date: 9/24/2020

CAF TEXAS LLC,
a Maryland limited liability company

By: _____
Its: _____
Date: _____

RICHARD L. CHINA, individually

By: *[signature]*
     Richard L. China
Dated: 9/24/2020

**AGREED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| Bryan C. Assink<br>Texas State Bar No. 24089009<br>BONDS ELLIS EPPICH SCHAFER JONES LLP<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, Texas 76102<br>Telephone: (817) 405-6900<br>Facsimile: (817) 405-6902<br>Email:   bryan.assink@bondsellis.com<br><br>SPECIAL COUNSEL FOR PLAINTIFF<br>AFFORDABLE BUILDING SYSTEMS, LLC | Kirte M. Kinser<br>Of Counsel<br>Attorney-in-Charge<br>Texas Bar No. 11489650<br>4949 Hedgcoxe Road<br>Suite 230<br>Plano, Texas 75024<br>(214) 387-9100 (Telephone)<br>(214) 387-9125 (Facsimile)<br>Email: kirtekinser@siebman.com<br><br>ATTORNEY FOR DEFENDANTS |

AND

**PLAINTIFF:**

AFFORDABLE BUILDING SYSTEMS, LLC,
a Texas limited liability company

By: _____
   John Parker Burg, President
   Dated: _____

**DEFENDANTS:**

| | |
|---|---|
| IGS MANUFACTURING WORLDWIDE, LLC,<br>a Texas limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | CAF TEXAS LLC,<br>a Maryland limited liability company<br><br>By: _[signature]_____<br>Its: _Maryjune Menber_____<br>Date: _9-24-2020_____ |
| INTERNATIONAL GREEN STRUCTURES, LLC,<br>a Delaware limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | RICHARD L. CHINA, individually<br><br>By: _____<br>   Richard L. China<br>Dated: _____ |

MICHAEL F. McCARTHY, individually

By: _____
Michael F. McCarthy
Dated: 9-24-2020

WILLIAM BRITT, individually

By: _____
William Britt
Dated: _____

AGREED FINAL JUDGMENT                                                                      PAGE 4

MICHAEL F. McCARTHY, individually

By: _____
      Michael F. McCarthy
Dated: _____

WILLIAM BRITT, individually

By: _____
      William Britt
Dated: __9-28-2020__

**AGREED AS TO FORM AND SUBSTANCE:**

*/s/ Bryan C. Assink*

Bryan C. Assink
Texas State Bar No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
Telephone: (817) 405-6900
Facsimile: (817) 405-6902
Email:    bryan.assink@bondsellis.com

SPECIAL COUNSEL FOR PLAINTIFF
AFFORDABLE BUILDING SYSTEMS, LLC

AND

**PLAINTIFF**:

AFFORDABLE BUILDING SYSTEMS, LLC,
a Texas limited liability company

By: */s/ John Parker Burg*
John Parker Burg, President
Dated: Sept 23, 2020

**DEFENDANTS:**

IGS MANUFACTURING WORLDWIDE, LLC,
a Texas limited liability company

By: _____
Its: _____
Date: _____

INTERNATIONAL GREEN STRUCTURES, LLC,
a Delaware limited liability company

By: _____
Its: _____
Date: _____

Kirte M. Kinser
Of Counsel
Attorney-in-Charge
Texas Bar No. 11489650
4949 Hedgcoxe Road
Suite 230
Plano, Texas 75024
(214) 387-9100 (Telephone)
(214) 387-9125 (Facsimile)
Email: kirtekinser@siebman.com

ATTORNEY FOR DEFENDANTS

CAF TEXAS LLC,
a Maryland limited liability company

By: _____
Its: _____
Date: _____

RICHARD L. CHINA, individually

By: _____
    Richard L. China
Dated: _____